# *Del Valle & Associates*

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian
———
Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

———
Leticia Silva
Legal Assistant

**Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 34.**

**Dated: September 25, 2020**
**New York, New York**

*/s/ Lorna G. Schofield*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

September 24, 2020

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

          Re:    <u>USA v. Arelis Nunez</u>
                18 Cr. 644 (LGS)

## REQUEST FOR RETURN OF TRAVEL DOCUMENT

Dear Judge Schofield:

    Our office represented Ms. Arelis Nunez in the above referenced matter.

    On March 20, 2019, Your Honor sentenced the above-named defendant to eighteen (18) months of probation, with Special Conditions of Supervision.

    Ms. Nunez has completed her Sentence and has entered into a payment plan with the IRS to pay the restitution.

    Ms. Nunez respectfully requests the <u>return of her travel document, her U.S. Passport, which is in the custody of the U.S. Pretrial Services Office</u>.

    Thank you for your consideration to this matter.

                                Respectfully submitted,

                                <u>/S/Telesforo Del Valle Jr.</u>
                              Telesforo Del Valle, Jr., Esq.
                              Del Valle & Associates

Cc:    A.U.S.A. Cecilia Vogel, Esq.
        U.S. Pretrial Services